■ In the Matter of the GRAND LODGE, KNIGHTS OF PYTHIAS, OF THE STATE OF NEW YORK, Respondent, against PYTHIAN TELEVISION SERVICE, INC., et al., Appellants.— In a proceeding pursuant to section 948 of the Penal Law, the appeal is from an order restraining appellants from using the words " Pythian ", " Pythias ", " Pythianism ", or the component parts thereof or any word or words similar thereto in their corporate, business or trade names, or in any other manner in connection with the operation of their business. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of the Probate of the Will of PHILIP S. RIBETZ, Deceased. EDWARD DE GROFF, Appellant; MICHAEL S. RIBETZ et al., Respondents.— In a proceeding by a legatee and devisee named in an instrument dated June 9, 1955 to vacate decrees admitting to probate a will dated April 12, 1955, to revoke letters testamentary issued pursuant thereto, and to admit to probate the instrument dated June 9, 1955, the appeal is from so much of a decree of the Surrogate's Court, Westchester County, entered after trial, as denied the petition to vacate the decrees and to admit to probate the instrument dated June 9, 1955. Decree insofar as appealed from unanimously affirmed, with costs to respondents filing separate briefs, payable out of the estate. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ KENNETH S. KOSSER et al., Doing Business under the Name of K. & L. CONSTRUCTION CO., Appellants, v. DELMA ENGINEERING CORP., Respondent.— In an action to recover for work, labor and services performed and materials furnished, the prosecution of which has been stayed by this court pending arbitration (*Matter of Delma Eng. Corp.* [*K & L Constr. Co.*], 6 A D 2d 710), the appeal is from an order denying appellants' motion for partial summary judgment based on admissions of the respondent. Order affirmed, without costs, and without prejudice to (1) an application to amend this court's decision on the prior appeal (*Matter of Delma Eng. Corp.* [*K & L Constr. Co.*], *supra*), so as to limit the stay to the net amount actually in controversy between the parties, namely $54,026.01, and (2) a new application, in the event this court so amends its decision, for partial summary judgment as to the $12,411.53 which in its answer respondent has tendered to the appellants and which has been admitted to be the balance due them in excess of all the offsets claimed by respondent. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.